| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JOSHUA ROBERTSON,

    Plaintiffs,

v.

RON BRUCKERT,

    Defendants.

Case No. 19-cv-01918-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 14, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   December 20, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 5, 2020.

DESIGNATION OF EXPERTS: June 26, 2020; REBUTTAL: July 10, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: July 31, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 21, 2020;
    Opp. Due: September 4, 2020; Reply Due: September 11, 2020;
    and set for hearing no later than September 25, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: November 3, 2020 at 3:30 PM.

JURY TRIAL DATE: November 16, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties may file a stipulation to take plaintiff's deposition in jail.
This case shall be referred to the ENE program. The ENE session shall occur at the end of January 2020. Plaintiff may attend the session by phone.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/4/20

SUSAN ILLSTON
United States District Judge