UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA ROBERTSON,

        Plaintiffs,

v.

RON BRUCKERT,

        Defendants.

Case No.  19-cv-01918-SI  (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  The Parties will notify their selection of Magistrate Judge for Settlement Conference Purposes:  2/26/2021.

FURTHER CASE MANAGEMENT: 5/14/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.  JOINT CASE MANAGEMENT STATEMENT:  5/7/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  12/18/2020

DESIGNATION OF EXPERTS: 1/11/2021; REBUTTAL: 1/21/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/26/2021

DISPOSITIVE MOTIONS **SHALL** be filed by: 2/26/2021;
    Opp. Due: 3/12/2021; Reply Due: 3/19/2021;
    and set for hearing no later than 3/26/2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 6/14/2022 at 3:30 PM.
PRETRIAL PAPEWORK DUE:  5/31/2022

TRIAL DATE: 6/27/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: February 22, 2021

_____
SUSAN ILLSTON
United States District Judge