UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RON BRUCKERT, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01918-SI<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO DISCOVERY LETTER**<br><br>Re: Dkt. No. 95 |

On November 2, 2021 plaintiff filed a statement of discovery dispute regarding the City of Concord's objections to plaintiff's Rule 45 document subpoena. The Court directs defendants to file a responsive letter, not to exceed two pages, by Tuesday, November 16, 2021.

**IT IS SO ORDERED**.

Dated: November 10, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge