UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RON BRUCKERT,<br><br>    Defendant. | Case No. 19-cv-01918-SI<br><br>**ORDER DIRECTING PLAINTIFFS TO REPLY TO DEFENDANT'S RESPONSE TO DISCOVERY LETTER**<br><br>Re: Dkt. No. 95 |

On November 2, 2021 plaintiff filed a statement of discovery dispute regarding the City of Concord's objections to plaintiff's Rule 45 document subpoena. Dkt. No. 95. Per the Court's Order, Dkt. No. 98, defendants filed a responsive letter on Tuesday, November 16, 2021. Dkt. No. 102. The Court now directs plaintiff to file a rely, not to exceed two pages, specifically addressing: (1) whether the disputes pertaining to the Concord police department policies and the City's insurance information are in fact "moot," and (2) the relevance of the 94 withheld pages pertaining to Officer Bruckert's 1996 background investigation. The reply is due no later than 5:00pm on Friday, December 3.

**IT IS SO ORDERED**.

Dated: December 1, 2021

_____
SUSAN ILLSTON
United States District Judge