UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ROBERTSON,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF CONCORD, a municipal corporation; RON BRUCKERT, individually and in his official capacity as Police Officer for the CITY OF CONCORD; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF CONCORD, jointly and severally,<br><br>         Defendant. | Case No. 19-cv-01918-SI<br><br>**ORDER RE WITHHELD DOCUMENTS** |

On December 13, 2021, defendant was instructed to produce, for *in camera* review, the 94 withheld pages from Officer Bruckert's personnel files, as described in Dkt. No. 95-2, Ex. B at 3-4. The documents were produced and the Court has reviewed them. The Court finds that these pages were properly withheld and does not order their further production.

**IT IS SO ORDERED**.

Dated: December 28, 2021

_____
SUSAN ILLSTON
United States District Judge